**[J-52B-2020]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | No. 82 MAP 2019 |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| CHESAPEAKE ENERGY CORPORATION; | : | |
| CHESAPEAKE APPALACHIA, L.L.C.; | : | |
| CHESAPEAKE OPERATING, L.L.C.; | : | |
| CHESAPEAKE ENERGY MARKETING, | : | |
| L.L.C.; ANADARKO PETROLEUM | : | |
| CORPORATION; AND ANADARKO E&P | : | |
| ONSHORE, L.L.C. | : | |
| | : | |
| | : | |
| APPEAL OF: CHESAPEAKE ENERGY | : | |
| CORPORATION; CHESAPEAKE | : | |
| APPALACHIA, L.L.C.; CHESAPEAKE | : | |
| OPERATING, L.L.C.; CHESAPEAKE | : | |
| ENERGY MARKETING, L.L.C. | : | |


**ORDER**


**PER CURIAM**

     **AND NOW,** this 8th day of September, 2021, upon consideration of the unopposed application for leave to discontinue filed by Appellants, Chesapeake Energy Corporation, Chesapeake Appalachia, L.C.C., Chesapeake Operating, L.L.C., and Chesapeake Energy Marketing, L.L.C., the application is granted and the above-captioned appeal is hereby discontinued.